JS-6

FILED
CLERK, U.S. DISTRICT COURT
DEC 19 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH POINT TEXTILE, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> JONDEN MANUFACTURING CO, INC., et al., <br><br> Defendant(s). | CASE NO. CV08-5892-AHM (SHx) <br><br> ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to request a status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: December 18, 2008

A. Howard Matz
United States District Court Judge